AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:21-mj-00274 |
|  | ) Assigned To : Meriweather, Robin M. |
| SHAWN CORTEZ MOSES | ) Assign. Date : 3/3/2021 |
| DOB: (      -1991) | ) Description: COMPLAINT W/ ARREST WARRANT |
|  | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   June 1, 2017 -- June 24, 2018   in the county of _____ in the
_____ District of   Columbia  , the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. §§ 2251(a) and (e); and 18 U.S.C. §2(a), | Enticed and coerced minor to engage in sexually explicit conduct for the purpose of producing visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct; |
| D.C. Code §§ 22-3008, 3020(a)(1) and (a)(4). | First Degree Child Sexual Abuse with Aggravating Circumstances. |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF OFFENSE

☐ Continued on the attached sheet.

*Complainant's signature*

Thomas Sullivan, Detective, MPD
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 3rd day of March 2021.

Date:   03/03/2020

*Judge's signature*

City and state:   Washington, D.C.   Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*