**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | **CRIMINAL NO. 21-mj-274** |
| | : | |
| SHAWN CORTEZ MOSES, | : | |
| Defendant. | : | |

## CONSENT MOTION TO CONTINUE PRELIMINARY HEARING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this Consent Motion to Continue the Preliminary Hearing in the above-captioned matter, currently scheduled for April 14, 2021, until May 17, 2021.  In support thereof, the government states as follows:

1. On March 3, 2021, the defendant was arrested and charged by Criminal Complaint with the Sexual Exploitation of a Child, in violation of 18 U.S.C. § 2252(a)(1) and other related charges.  Following a hearing on March 5, 2021, this Court ordered that the defendant be detained pending trial.  A preliminary hearing was set for March 17, 2021.

2. On December 17, 2020, the Chief Judge issued a Standing Order. *See In Re: Sixth Extension of Postponed Jury Trials Due to Ongoing Exigent Circumstances Caused COVID-19 Pandemic*, Standing Order 20-93(BAH) (December 17, 2020). Citing the recent surge in the infection and mortality rates in the District of Columbia, this Standing Order tolls the time period for commencing the trial of a defendant, pursuant to 18 U.S.C. § 3161(c), from January 11, 2021 to March 15,  2021. *Id.*

3.  On March 5, 2021, the Court issued a new Standing Order, which allows for the limited resumption of jury trials.  However, the Chief Judge has ordered that for all trials that cannot be tried with consistently with the health and safety protocols laid out in the Order, the time period between March 17, 2021 and August 31, 2021 is excluded under the Speedy Trial Act.  *In re: Limited Resumption of Criminal Jury Trials in Light of Current Circumstances Relating to the Covid-19 Pandemic*, Standing Order 21-10(BAH) (March 5, 2021).

4.  On March 15, 2021, following the filing of a Consent Motion to Continue the Preliminary Hearing, this Court continued the Preliminary Hearing from March 15, 2021 until April 14, 2021.  The Court held that, consistent with the reasons stated in the parties motion, as well as those found in the current Standing Order, the time period between March 15, 2021 and April 14, 2021 shall be excluded from calculating the date for Speedy Trial in this case.

5.  The government and counsel for the defendant have conferred, and are continuing to communicate in an effort to resolve this matter without the necessity of a trial.

6.  The parties, therefore, would respectfully request that the Preliminary Hearing be continued until May 17, 2021.  Consistent with the reasons stated in Standing Order No. 21-10, as well as those detailed above, the parties agree that the interests and ends of justice are best served and outweigh the interests of the public and the defendant in a speedy trial, and that this adjournment will allow the parties to continue negotiations in an effort to achieve a resolution before trial.  Therefore, the parties agree that pursuant to 18 U.S.C. § 3161, the time from April 14, 2021 through the next court date shall be excluded in computing the date for speedy trial in this case.

Wherefore, the parties respectfully request that the Court continue the Preliminary

Hearing in this matter until May 17, 2021, or to a date after that date convenient to the Court's

calendar.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY
D.C. Bar No. 415793

By:      /s/
AMY E. LARSON
Assistant United States Attorney
N.Y. Bar No. 4108221
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
202-252-7863
Amy.Larson2@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 21-mj-274** |
| | : | |
| **SHAWN CORTEZ MOSES,** | : | |
| **Defendant.** | : | |

## ORDER

This matter having come before the Court pursuant to a Motion to Continue, upon consent, it is therefore

ORDERED that the parties shall appear for a Preliminary Hearing at_____ on May __, 2021.  It is further

ORDERED that consistent with Standing Order No. 21-10, and the reasons stated in the Consent Motion filed by the parties, the interests and ends of justice are best served and outweigh the interests of the public and the defendant in a speedy trial. Pursuant to 18 U.S.C. § 3161, the time from April 14, 2021 until May __, 2021 shall be excluded in computing the date for speedy trial in this case.


_____
The Honorable Judge G. Michael Harvey