UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| vs. | * | CASE NO. 21-mj-274 |
| SHAWN CORTEZ MOSES | * | |
| Defendant | * | |

## JOIINT STATUS REPORT REGARDING PRETRIAL DETENTION REVIEW

Comes now the parties in this matter as represented by the undersigned attorneys, and jointly make the following status report as ordered by the Court on November 24, 2021:

1. Upon consideration of the procedural posture of this case and all other relevant information, Mr. Moses hereby withdraws his request for a review of his Pre-trial Detention Status at this time.
2. The parties will continue to discuss how to proceed with regard to the psychiatric report. However, since the request for further hearing is withdrawn, it will not be addressed at this time.
3. In light of the foregoing, the parties submit that the hearing currently scheduled for Monday, December 6, 2021 is moot.

_Amy C. Larson_
Amy Larson, AUSA

_[signature]_
Wanda J. Dixon, Counsel for Mr. Moses